UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JONATHAN SCOTT WILLIAMSON | CIVIL ACTION NO. 12-2277 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PREMIER TUGS, LLC | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons discussed in this Court's Ruling and for the additional reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 120], to the extent adopted by the Court, and after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that third-party defendant Caillou Island Towing Company, Inc.'s ("Caillou") Cross Motion for Summary Judgment [Doc. No. 94] is GRANTED. New Tech's claim for defense and indemnity from Caillou is DISMISSED WITH PREJUDICE, and its Motion for Summary Judgment [Doc. No. 85] is DENIED.

MONROE, LOUISIANA, this 10th day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE