UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JONATHAN SCOTT WILLIAMSON | CIVIL ACTION NO. 12-2277 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PREMIER TUGS, LLC | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons discussed in this Court's Ruling and for the additional reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 123], adopted by this Court after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Premier Tugs, LLC's ("Premier") Motion for Partial Summary Judgment [Doc. No. 82] is GRANTED. Workover Specialties, LLC's Motion for Summary Judgment [Doc. No. 84] is DENIED, and its claim for defense and indemnity from Premier is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 17th day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE